■ STEVEN M. ROSE, Respondent, v METRO NORTH COMMUTER RAILROAD et al., Defendants, and VILLAGE/TOWN OF MT. KISCO, Appellant.—In a negligence action to recover damages for personal injuries, the defendant Village/Town of Mt. Kisco appeals, as limited by its brief, from so much of an order of the Supreme Court, Westchester County (Marbach, J.), entered July 2, 1985, as vacated a prior order of the same court, entered May 22, 1985 dismissing the action against it for failure to comply with General Municipal Law § 50-h (5).

Order affirmed insofar as appealed from, with costs.

Under the circumstances of this case, Special Term acted correctly in vacating its prior order. Mollen, P. J., Thompson, Niehoff, Rubin and Kunzeman, JJ., concur.

■ ELEANOR ROTH, Appellant, v BROOKLYN HOSPITAL et al., Defendants, and ANTHONY N. MANOLI et al., Respondents.—In a medical malpractice action, the plaintiff appeals, as limited by her brief, from so much of an order of the Supreme Court, Kings County (Krausman, J.), dated January 3, 1985, as denied her motion to strike certain specified items from the demand for a bill of particulars of the defendants Anthony N. Manoli and Anthony N. Manoli, M.D., P.C.

Order reversed insofar as appealed from, with costs, and items Nos. 2, 3, 4, 5, 6, 7, 10, 11 and 27 of the demand for a bill of particulars of the respondents are stricken.

The items stricken seek evidentiary matter which should be sought in discovery proceedings rather than in a bill of particulars. Mangano, J. P., Gibbons, Weinstein, Eiber and Spatt, JJ., concur.